```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
─────────────────────────────────────

DAVID KRIEGER,

                Plaintiff,          20-cv-2628 (JGK)

    - against -                <u>ORDER</u>

ALISON LOU LLC.,

                Defendant.

─────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The parties should file a Rule 26(f) report by June 19, 2020.

**SO ORDERED.**

Dated:    **New York, New York**
            **June 10, 2020**           /s/ John G. Koeltl
                                              **John G. Koeltl**
                                      **United States District Judge**