```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

DAVID KRIEGER,

              Plaintiff,        20-cv-2628 (JGK)

    - against -              <u>ORDER</u>

ALISON LOU LLC,

              Defendant.

------------------------------------------------

**JOHN G. KOELTL, District Judge:**

    This case is referred to Magistrate Judge Cave for general pretrial matters.

**SO ORDERED.**

Dated:    New York, New York
           June 19, 2020

                                        /s/ John G. Koeltl
                                    **John G. Koeltl**
                            **United States District Judge**