UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID KRIEGER,<br><br>                    Plaintiff,<br><br>against<br><br>ALISON LOU LLC,<br><br>                    Defendant. | CIVIL ACTION NO.: 20 Civ. 2628 (JGK) (SLC)<br><br>**ORDER SCHEDULING INITIAL CASE MANAGEMENT CONFERENCE** |

**SARAH L. CAVE,** United States Magistrate Judge.

This action has been referred, pursuant to 28 U.S.C. § 636(b)(1)(A), to Magistrate Judge Sarah L. Cave for general pretrial management, including scheduling discovery, non-dispositive pretrial motions, and settlement. All pretrial motions and applications, including those relating to scheduling and discovery (but excluding motions to dismiss or for judgment on the pleadings, for injunctive relief, for summary judgment, or for class certification under Fed. R. Civ. P. 23) must be made to Magistrate Judge Cave and must comply with her Individual Practices, available on the Court's website at https://www.nysd.uscourts.gov/hon-sarah-l-cave.

No initial case management conference yet having taken place in this action, it is hereby ORDERED that an initial conference in accordance with Fed. R. Civ. P. 16 will be held on **Tuesday, June 30, 2020 at 3:30pm** by telephone. The parties are directed to call the Court's conference line, 866-390-1828, access code: 380-9799, at the scheduled time. At the conference, the parties must be prepared to discuss the subjects set forth in Fed. R. Civ. P. 16(b) and (c).

The Court is in receipt of the proposed case management plan at ECF No. 9, and the Defendant's letter motion to limit discovery at ECF No. 10, both of which will be discussed at the initial conference.

Dated:     New York, New York
           June 22, 2020

                                        SO ORDERED

                                        _____
                                        SARAH L. CAVE
                                        **United States Magistrate Judge**