UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID KRIEGER,

                        Plaintiff,

     against

ALISON LOU LLC,

                        Defendant.

CIVIL ACTION NO.: 20 Civ. 2628 (JGK) (SLC)

**ORDER TO SUBMIT AO 121 COPYRIGHT FORM**

**SARAH L. CAVE,** United States Magistrate Judge.

       In compliance with the provisions in 17 U.S.C. 508, Form AO 121 must be submitted when filing an action concerning a registered Copyright.

       On March 30, 2020 the Clerk of Court directed Attorney Richard Liebowitz to submit a completed AO 121 Form for review by the Court.  To date, this form has not been filed.

       Plaintiff is hereby ORDERED to submit this form by **August 28, 2020**.  If this suit concerns an unregistered copyright, Plaintiff must submit a letter attesting to that fact by the same date.

       Form AO 121 is available at: https://www.uscourts.gov/sites/default/files/ao121.pdf.


Dated:      New York, New York
          August 19, 2020

                                  SO ORDERED

                                _____
                                SARAH L. CAVE
                                **United States Magistrate Judge**