UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID KRIEGER,

                Plaintiff,

against

ALISON LOU LLC,

                Defendant.

CIVIL ACTION NO.: 20 Civ. 2628 (JGK) (SLC)

**SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the status conference held today, September 11, 2020, the Court orders as follows:

1. By **Friday, September 18, 2020**, Plaintiff shall provide an updated detailed damages analysis to Plaintiff.

2. By **Friday, September 25, 2020**, Defendant shall submit a status letter to the Court, which should include any issues with the updated damages analysis, and the parties' positions on scheduling a settlement conference and a summary judgment briefing schedule.

Dated:    New York, New York
            September 11, 2020

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**