WESLEY M. MULLEN

MULLEN P.C.
THE METLIFE BUILDING
200 PARK AVENUE | SUITE 1700
NEW YORK, NY 10166

February 2, 2021

Hon. Sarah L. Cave
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

VIA CM/ECF

Re:   *Krieger v. Alison Lou LLC*, No. 20 CV 2628 (JGK)

Your Honor,

I represent the Defendant in this copyright case.

By Order dated February 1, 2021, (ECF Doc. 37), the Court set a telephone conference for Tuesday, February 9, 2021 at 11:00 a.m.

I regret that I have an immoveable conflict at that date and time.

Counsel for the parties jointly and respectfully request that the telephone conference be adjourned to February 18, 2021 or any later date convenient for the Court.

I conferred by email with Mr. Freeman, counsel for Plaintiff, who consents.

Respectfully,

Wesley M. Mullen

cc:   All counsel of record (via CM/ECF and email)

---

The telephone conference currently scheduled for February 9, 2021 at 11:00 am is ADJOURNED until **Thursday, February 18, 2021 at 10:00 am** and will take place on the Court's conference line. The parties are directed to call: 866-390-1828; access code: 380-9799, at the scheduled time.

The Clerk of Court is directed to close ECF No. 38.

SO ORDERED     2/3/2021

SARAH L. CAVE
United States Magistrate Judge

---

WMULLEN@MULLENPC.COM | (646) 632-3718